PROB 12C
(7/93)

Report Date: September 19, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Eucebio Morales          Case Number: 2:12CR02056-001

Address of Offender:

Name of Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/22/2004

Original Offense:     Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846;
                      Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 90 Months;           Type of Supervision: Supervised Release
                      TSR - 60 Months

Asst. U.S. Attorney:  TBD                           Date Supervision Commenced: 5/7/2010

Defense Attorney:     TBD                           Date Supervision Expires: 5/6/2015

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 7**: You shall complete one (1) day of work crew through the Washington State Department Corrections per week while the defendant is unemployed, unless excused by the probation officer for school, training, or other acceptable reasons. |

**Supporting Evidence**: Mr. Morales has failed to complete 1 day of work crew per week through Washington State Department of Corrections (DOC) as directed by his probation officer for the past 4 weeks as of September 17, 2012.

On August 10, 2012, Mr. Morales signed a request for modifying the conditions of supervision with the consent of the offender requiring him to perform 1 day of work crew per week while he is unemployed. Mr. Morales has been reminded on several occasion of his work crew obligation. On September 12, 2012, Mr. Morales was specifically directed to contact DOC no later than September 14, 2012, to perform his agreed work crew requirement. As of September 17, 2012, Mr. Morales has failed to make arrangements to participate in work crew as directed.

Prob12C
Re: Morales, Mario Eucebio
September 19, 2012
Page 2

| | |
|---|---|
| 2 | **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons. |

**Supporting Evidence**: Mr. Morales has failed to be gainfully employed as of September 17, 2012.

Mr. Morales has been unemployed since March 2011 with the exception of working for 2 days at Amtech in Wapato, Washington, in May 2012. Mr. Morales has failed to seek employment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/19/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/19/12
Date