PROB 12C
(7/93)

Report Date: October 5, 2012

# United States District Court

## for the

## Eastern District of Washington

OCT 09 2012

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Eucebio Morales          Case Number: 2:12CR02056-001

Address of Offender: 104 West B Street, Wapato, WA 98951

Name of Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/22/2004

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846; Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 90 Months / TSR - 60 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques |
| | Date Supervision Commenced: 5/7/2010 |
| Defense Attorney: | Alex B. Hernandez, III |
| | Date Supervision Expires: 5/6/2015 |

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on September 19, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance
---|---
3 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.
| **Supporting Evidence**: Mr. Morales failed to attend drug and alcohol group sessions at Merit Resource Services (Merit) on September 12, 17, and October 1, 2012.
| On October 1, 2012, Mr. Morales' counselor from Merit called and reported being concerned about the defendant, since he missed 3 days of counseling. The counselor reported the defendant's sister called and advised Mr. Morales would not make group this date, due to being ill. The counselor indicated she asked that the defendant contact her office to get back in compliance with treatment.

| | |
|---|---|
| 4 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |

**Supporting Evidence**: Mr. Morales failed to report to Merit as directed by his probation officer on October 2, 2012.

On October 2, 2012, this officer made contact with Mr. Morales by telephone and confronted him on his failure to attend group sessions as noted above. Mr. Morales reported having stomach problems which was why he did not show for treatment. The defendant was directed to report to Merit on this date, to speak with his counselor to get back in compliance with his treatment program. On October 3, 2012, this officer was advised by Merit staff Mr. Morales did not report as directed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/05/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

10/9/12
Date