PROB 12C
(7/93)

Report Date: October 22, 2012

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Eucebio Morales        Case Number: 2:12CR02056-001

Address of Offender:

Name of Judicial Officer:  The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/22/2004

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846<br>Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 90 Months<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: 5/7/2010 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: 5/6/2015 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

<u>Violation Number</u>        <u>Nature of Noncompliance</u>

1        **Special Order**: Beginning October 15, 2012, defendant shall complete two (2) days of work crew per week through the Washington State Department of Corrections pending further hearing of this matter on November 20, 2012, unless expressly excused by defendant's U.S. probation officer for good cause. If compliance is deficient, the probation officer shall immediately report such violations to the Court.

**Supporting Evidence**: Mr. Morales has failed to commence his 2 days of work crew per week through Washington State Department of Corrections (DOC) as directed on October 17, 18, and 20, 2012.

On October 11, 2012, after Mr. Morales' revocation hearing, he was given instructions to go to DOC and make arrangements to do a minimum of 2 days of work crew per week starting the week of October 15, 2012. Mr. Morales made arrangements to perform these work crew days on October 17, 18, and 20, 2012. Mr. Morales was a no show/no call for work crew on these three scheduled work days. According to DOC staff, he has been terminated from the program due to unexcused absences.

Prob12C
Re: Morales, Mario Eucebio
October 22, 2012
Page 2

2   **Special Condition # 5**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Morales tested positive for alcohol on October 8, 2012.

On October 8, 2012, a urine specimen was collected from Mr. Morales as a standard protocol after failing to attend scheduled drug and alcohol treatment sessions at Merit Resource Services. On October 15, 2012, this officer received a confirmed positive urinalysis test for alcohol indicating Mr. Morales had consumed alcohol on or before October 8, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   10/22/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

10/22/12
Date