PROB 12C
(7/93)

Report Date: February 14, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Mario Eucebio Morales | Case Number: 2:12CR02056-001 |
| Address of Offender | |
| Name of Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge | |
| Date of Original Sentence: 3/22/2004 | |
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846<br>Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison - 90 Months<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ian Lloyd Garriques | Date Supervision Commenced: 1/27/2013 |
| Defense Attorney: Alex B. Hernandez, III | Date Supervision Expires: 10/26/2017 |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 21 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 19**: You shall complete one (1) day of work crew through the Washington State Department Corrections per week while the defendant is unemployed, unless excused by the probation officer for school, training, or other acceptable reasons.<br><br>**Supporting Evidence**: Mr. Morales has failed to perform 1 day of work crew per week through the Washington State Department of Corrections on February 6 and 13, 2013.<br><br>On January 30, 2013, this officer met with Mr. Morales and reminded him of his work crew obligation. The defendant was directed to start work crew one week from this date. Mr. Morales was instructed to start making transportation arrangements as this is a requirement unless employed. Mr. Morales failed to show for work crew on February 6 and 13, 2013, as directed and remains unemployed. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

Prob12C
Re:  Morales, Mario Eucebio
February 14, 2013
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/14/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

February 21, 2013
Date