PROB 12C
(7/93)

Report Date: March 18, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 18 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Eucebio Morales        Case Number: 2:12CR02056-001

Address of Offender

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, U.S. District Judge

Date of Original Sentence: 3/22/2004

Original Offense:     Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846
                      Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 90 Months              Type of Supervision: Supervised Release
                      TSR - 60 Months

Asst. U.S. Attorney:  Ian Lloyd Garriques             Date Supervision Commenced: 1/27/2013

Defense Attorney:     Alex B. Hernandez, III          Date Supervision Expires: 10/26/2017

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violation previously reported to the Court on February 14, 2013.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Morales failed to attend drug and alcohol treatment at Merit Resource Services (Merit) on March 12, and 13, 2013.<br><br>On March 14, 2013, contact was made with the defendant's counselor at Merit and was advised Mr. Morales was a no call/no show for his scheduled drug and alcohol group sessions on March 12, and 13, 2013. |
| 3 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances an shall submit to urinalysis testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
Re:  Morales, Mario Eucebio
March 18, 2013
Page 2

**Supporting Evidence**: Mr. Morales failed to submit to a random urinalysis testing on March 13, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/18/2013

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

Signature of Judicial Officer

3/18/13
Date