PROB 12C
(7/93)

Report Date: March 10, 2014

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 11 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Mario Eucebio Morales    Case Number: 0980 2:12CR02056-001

Address of Offender: ███████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: March 22, 2004

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute Methamphetamine, 21 U.S.C. § 846<br>Distribution of Methamphetamine, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | Prison 90 months<br>TSR - 60 months |
| Asst. U.S. Attorney: | Ian Lloyd Garriques |
| Defense Attorney: | Alex B. Hernandez, III |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 27, 2013

Date Supervision Expires: November 26, 2015

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances and shall submit to urinalysis testing as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Morales failed to submit to a random urinalysis testing at Merit Resource Services (Merit) on February 18, 2014.

2 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Morales failed to attend drug and alcohol treatment at Merit on February 24, 25, 26, and March 3, 2014.

According to Mr. Morales' counselor from Merit, the defendant has failed to participate in substance abuse treatment on the dates noted above.

Prob12C
Re: Morales, Mario Eucebio
March 10, 2014
Page 2

3     **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

       **Supporting Evidence**: Mr. Morales has failed to submit his monthly report form within the first 5 days of the month of March as directed.

4     **Special Condition #19**: You shall complete one (1) day of work crew through the Washington State Department Corrections (DOC) per week or 8 hours of community service per week at the Yakima Habitat for Humanities, while the defendant is unemployed, unless excused by the probation officer for school, training, or other acceptable reasons.

       **Supporting Evidence**: Mr. Morales has failed to perform community service hours as directed as of March 7, 2014.

       On February 13, 2014, Mr. Morales was reminded of his obligation to perform 8 hours per week of community service. Mr. Morales indicated he has difficulty getting to Yakima to perform his community service hours. He was directed to contact Wapato City Works and was given a contact name and number to make arrangement to perform his hours. As of this date, Mr. Morales has failed to perform community service hours as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 10, 2014

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

3/11/14
Date